In the Matter of the Application of SMITH PEARSALL, Respondent, for a Peremptory Writ of Mandamus against the CLERK OF THE BOARD OF SUPERVISORS OF NASSAU COUNTY, Appellant.

THE SOUTH SIDE NEWS COMPANY, Appellant.

*Matter of Pearsall*, 162 App. Div. 38, affirmed.
(Argued May 11, 1914; decided June 2, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1914, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the clerk of the board of supervisors of Nassau county to file with the secretary of state a certain paper designating the *Nassau County Review* as an official paper to publish the concurrent resolutions of the legislature and the session laws.

*Elvin W. Edwards* and *Henry P. Keith* for appellants.

*Jeremiah Wood* for respondent.

Order affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.

———————

GEORGE F. MORITZ et al., Appellants, *v.* ANNA V. MORITZ, Respondent.
SAME, Appellants, *v.* SAME, Respondent.

*Moritz* v. *Moritz*, 153 App. Div. 147, affirmed.
*Moritz* v. *Moritz*, 153 App. Div. 153, affirmed.
(Argued May 12, 1914; decided June 2, 1914.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 23, 1912, upon an order reversing a judgment in